1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  RYAN POWELL
   Assistant United States Attorney
4  Arizona State Bar No. 025695
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: ryan.powell@usdoj.gov
7  Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-23-8015-PCT-GMS (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 661 (CIR: Theft) Counts 1-3 |
| 1. Ramon Betsuii, (Count 1) | |
| 2. Brian Claw, (Count 2) | |
| 3. Dale Smith, (Count 3) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about between June 8, 2020, and June 29, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant RAMON BETSUII, an Indian, did take and carry away, with the intent to steal and purloin, personal property of another of a value exceeding $1000.

In violation of Title 18, United States Code, Sections 1153 and 661.

<u>**COUNT 2**</u>

On or about between May 29, 2020, and June 2, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant

BRIAN CLAW, an Indian, did take and carry away, with the intent to steal and purloin, personal property of another of a value exceeding $1000.

In violation of Title 18, United States Code, Sections 1153 and 661.

### COUNT 3

On or about between May 13, 2020, and June 30, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant DALE SMITH, an Indian, did take and carry away, with the intent to steal and purloin, personal property of another of a value exceeding $1000.

In violation of Title 18, United States Code, Sections 1153 and 661.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date:  February 7, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

S/

RYAN POWELL
Assistant U.S. Attorney